UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-22573-RAR

JESUS GONZALEZ

 Plaintiff,
v.

SUNSHINE GASOLINE DIS1RIBUTORS, INC.
d/b/a Exxon-Sunshine #33

 Defendants.
_____/

## NOTICE OF SETTLEMENT

 Plaintiff, Jesus Gonzalez, by and through the undersigned counsel, gives the Court notice that the parties have resolved this matter and are working on the settlement documents. The Parties request that the Court stay all matters and pending deadlines here and grant the Parties 30 days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

 Respectfully submitted this July 25, 2024.

            By: */s/ Juan Courtney Cunningham*
            Juan Courtney Cunningham, Esq.
            FBN: 628166
            J. COURTNEY CUNNINGHAM, PLLC
            8950 SW 74th Court, Suite 2201
            Miami, Florida 33156
            Telephone: 305-351-2014
            cc@cunninghampllc.com
            legal@cunninghampllc.com

            *Counsel for Plaintiff*

**Gonzalez v. Sunshine Gasoline Distributor**
**Case No. 24-cv-22573-RAR**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*